UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRANDON D. WRIGHT,

          Plaintiff,

    v.

JAY INSLEE, et al.,

          Defendants.

Case No. C23-5131-RSL-SKV

ORDER

Having reviewed the Report and Recommendation of the Honorable S. Kate Vaughan, United States Magistrate Judge, and plaintiff's response thereto, the Court finds and ORDERS as follows:

(1) The Court declines to adopt the Report and Recommendation.

(2) Plaintiff's motion to voluntarily dismiss is deemed withdrawn (*see* Dkt. # 9) and he will be given an opportunity to amend his complaint to address the deficiencies identified by Judge Vaughan in the "Order Declining to Serve and Granting Leave to Amend" (Dkt. # 6).

(3) Plaintiff's request to be relieved of the obligation to pay the filing fee for this action is DENIED.

ORDER - 1

(4) Within twenty-one days of the date of this Order, plaintiff may submit an amended complaint that corrects the deficiencies outlined by Judge Vaughan. The amended complaint must be filed under the same cause number as this one and will operate as a complete substitute for, rather than a mere supplement to, the existing complaint. If no amended complaint is timely filed or if plaintiff files an amended complaint that fails to correct the identified deficiencies, the case may be dismissed.

(5) The Clerk of Court is directed to note this amended complaint deadline on the Court's calendar for Friday, April 28, 2023.

Dated this 3rd day of April, 2023.

*MWS Lasnik*
Robert S. Lasnik
United States District Judge

ORDER - 2